Nicholas R. Lawson
Avi Moshenberg
**LAWSON & MOSHENBERG PLLC**
2301 Commerce St., Suite 200
Houston, TX 77002
Tel: (903) 316-9155
Nick.Lawson@lmbusinesslaw.com
Avi.Moshenberg@lmbusinesslaw.com

*Counsel for Lags Equipment, LLC*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **Hooters of America, LLC, et al.,**[1] | § | **Lead Case No. 25–80078 (SWE)** |
| | § | |
| | § | **Jointly Administered** |
| Debtors. | § | |

| | | |
|---|---|---|
| **Lags Equipment, LLC,** | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | **Adversary No. 25–08005 (SWE)** |
| | § | |
| **Celtic Master Fund LP,** | § | |
| *et al.* | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(I)

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Hooters of America, LLC (5288); Owl Holdings, LLC (3103); Hawk Parent, LLC (2323); HOA Holdings, LLC (1180); Night Owl, LLC (4511); Owl Wings, LLC (4583); Owl Restaurant Holdings, LLC (7751); HOA Restaurant Group, LLC (7654); Derby Wings Holdings, LLC (8081); Derby Wings, LLC (6578); HOA Gift Cards, LLC (3684); Elf Owl Investments, LLC (3342); TW Lonestar Wings, LLC (3465); Alamo Wings, LLC (3702); HOA Holdco, LLC (8828); HOA Systems, LLC (2439); HOA Funding, LLC (4390); HOA Restaurant Holder, LLC (3883); HOOTS Restaurant Holder, LLC (5840); HOA IP GP, LLC (9555); HOOTS Franchising, LLC (8375); HOA Franchising, LLC (4451); HOA Maryland Restaurant Holder, LLC (1608); HOA Kansas Restaurant Holder, LLC (9045); TW Restaurant Holder, LLC (6927); DW Restaurant Holder, LLC (8261); HI Limited Partnership (2355); HOA Towson, LLC (1942); HOA Waldorf, LLC (5425); HOA Laurel, LLC (5010). The Debtors' service address is 1815 The Exchange SE, Atlanta, GA 30339.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure, and in accordance with the stipulation and agreement as reflected in the *Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Fourth Amended Joint Chapter 11 Plan of Reorganization* [Main Case Docket No. 1146], Plaintiff Lags Equipment, LLC hereby gives notice that this action is voluntarily dismissed with prejudice. Defendants have not served an answer or motion for summary judgment in this action.

Dallas, Texas
Date: November 14, 2025

Respectfully submitted,

*/s/ Avi Moshenberg*
Nicholas R. Lawson
Avi Moshenberg
**LAWSON & MOSHENBERG PLLC**
2301 Commerce St., Suite 200
Houston, TX 77002
Tel: (903) 316-9155
Nick.Lawson@lmbusinesslaw.com
Avi.Moshenberg@lmbusinesslaw.com

*Counsel for Lags Equipment, LLC*

## CERTIFICATE OF SERVICE

  I certify that on November 14, 2025, I caused a true and correct copy of the foregoing document to be served via ECF as well as via email as follows:

SIDLEY AUSTIN LLP
Genevieve G. Weiner
Jeri Leigh Miller
gweiner@sidley.com
jeri.miller@sidley.com

*Counsel for Celtic Master Fund LP and XYQ Cayman Ltd.*


WHITE & CASE LLP
Brian Pfeiffer
Amanda Parra Criste
Colin West
brian.pfeiffer@whitecase.com
aparracriste@whitecase.com
cwest@whitecase.com

GRAY REED
Jason S. Brookner
Lydia R. Webb
jbrookner@grayreed.com
lwebb@grayreed.com

*Counsel for BCI, Guggenheim Partners Investment Management, LLC, Marathon Asset Management, LP, TCW Asset Management Company LLC, and Victory Capital Management Inc.*

            */s/ Avi Moshenberg*
            Avi Moshenberg